IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DANMAR LINES, LTD.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 3925 |
| | ) | |
| **CMA - CGM S.A.**, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

Swiss corporation Danmar Lines, Ltd. ("Danmar") has just sued foreign corporation CMA - CGM S.A. ("CGM"), attempting to invoke both diversity jurisdiction under 28 U.S.C. § 1332[1] and admiralty jurisdiction under Section 1333. But because Danmar's counsel clearly have not read Section 1332(a) or the caselaw dealing with diversity between alien corporations (see, e.g., 15 Moore's Federal Practice §§ 102.77 and 102.55 (3d ed. 2005) and the many cases cited in both sections), this action will proceed solely in admiralty. And because Complaint ¶ 3 also seeks to call the supplemental jurisdiction provisions of Section 1367(a) into play, this Court leaves to the future the question whether any aspect of state law may apply to the litigation.

With those things said, this action may proceed in the regular course, except as CGM may raise issues beyond those stated here. To that end, this Court is contemporaneously issuing its customary form of initial scheduling order.

_____
Milton I. Shadur
Date: April 4, 2016     Senior United States District Judge

---

[1] All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."